COMMONWEALTH vs. GEORGE FEELEY. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. PAUL J. FIDLER, JR. Reported below: 38 Mass. App. Ct. 1131 (1995).

COMMONWEALTH vs. JUAN FLORES. Reported below: 40 Mass. App. Ct. 1103 (1996).

COMMONWEALTH vs. JEFFREY HARVEY. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH vs. BERNARDO HURTADO. Reported below: 40 Mass. App. 'Ct. 1101 (1996).

COMMONWEALTH vs. JOSEPH KENNEY. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. EMILIO MARTINEZ. Reported below: 40 Mass. App. Ct. 1102 (1996).

COMMONWEALTH vs. KHAMBOR PHOUTHONGSENG (and a companion case). Reported below: 38 Mass. App. Ct. 100 (1995).

COMMONWEALTH vs. MICHAEL J. PINA. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH vs. FELIX L. D. RIVERA. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH vs. WILLIAM J. SCHUMANN. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH vs. LAWRENCE SEQUEIRA, THIRD. Reported below: 40 Mass. App. Ct. 1106 (1996).

JOANNE H. GRAVES & others vs. EBEN HUTCHINSON, JR. Reported below: 39 Mass. App. Ct. 634 (1996).

GREAT NORTHERN INDUSTRIES, INC., & another vs. CONTINENTAL CASUALTY COMPANY. Reported below: 40 Mass. App. Ct. 1102 (1996).

GREATER BOSTON BANK vs. COLONIAL DEVELOPMENT CORP. Reported below: 39 Mass. App. Ct. 1122 (1996).

THOMAS HASTINGS, individually and as trustee, & another vs. ZONING BOARD OF APPEALS OF SCITUATE. Reported below: 40 Mass. App. Ct. 1104 (1996).

WILLIAM LANGTON vs. DEPARTMENT OF CORRECTION. Reported below: 40 Mass. App. Ct. 1102 (1996).

GAETANO LOMBARDO vs. NANCY E. LOMBARDO. Reported below: 40 Mass. App. Ct. 1101 (1996).

FRANK MINASIAN vs. CITY OF SOMERVILLE. Reported below: 40 Mass. App. Ct. 25 (1996).

MAURICE ROSE & another vs. JOHN LUONGO & another. Reported below: 40 Mass. App. Ct. 1102 (1996).

JOHN W. WALLER vs. ROBERT WEST & others. Reported below: 40 Mass. App. Ct. 1102 (1996).

JOHN E. WOOD, JR. vs. CIVIL SERVICE COMMISSION & another. Reported below: 39 Mass. App. Ct. 1119 (1995).

ZORA ENTERPRISES INC. vs. DIANE BORETOS. Reported below: 39 Mass. App. Ct. 1121 (1996).


March 26, 1996

*Further appellate review granted:*

COMMONWEALTH vs. EDWARD T. MARTIN. Reported below: 39 Mass. App. Ct. 658 (1996).

COMMONWEALTH vs. RUBEN DARIO TORRES. Reported below: 40 Mass. App. Ct. 6 (1996).

*Further appellate review denied:*

WILLIAM A. BARNSTEAD & another vs. JON F. RIDDER & others. Reported below: 39 Mass. App. Ct. 934 (1996).

ARTHUR M. BRUSSARD & another vs. NORTHERN BANK & TRUST COMPANY & another. Reported below: 40 Mass. App. Ct. 1101 (1996).

CAROL ROSE BURRITT & others vs. JOSEPH D. LILLY, trustee, & another. Reported below: 40 Mass. App. Ct. 29 (1996).

COMMONWEALTH vs. FRANCIS D. CAPONE, THIRD. Reported below: 39 Mass. App. Ct. 606 (1996).

COMMONWEALTH vs. COREY GLOVER. Reported below: 39 Mass. App. Ct. 1121 (1996).

FOREIGN CAR CENTER, INC., & others vs. SALEM SUEDE, INC., & another. Reported below: 40 Mass. App. Ct. 15 (1996). MR. CHIEF JUSTICE LIACOS did not participate.

FRAMINGHAM SAVINGS BANK vs. R. GREGORY MACDONALD & another. Reported below: 40 Mass. App. Ct. 1102 (1996).

GREGORY C. MESSENGER vs. J. GORDON RICH. Reported below: 40 Mass. App. Ct. 1104 (1996).

April 29, 1996

*Further appellate review denied:*

ADOPTION OF JOCELYN. Reported below: 39 Mass. App. Ct. 1122 (1996).

GERARD BENOIT vs. SUZANNE BUMP & others. Reported below: 40 Mass. App. Ct. 1106 (1996).

JOANNA BOUKALIS's CASE. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH vs. FRANCIS AMPARO. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH vs. CORBIN ARMSTRONG (and a companion case). Reported below as COMMONWEALTH vs. ROBERT BERUBE (and three companion cases): 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH vs. JAIME ATEHORTUA. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH vs. GERALD BERTRAND. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH vs. ROBERT A. BERUBE (and a companion case). Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH vs. REGINALD BLY. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH vs. MICHAEL BOLAND (and a companion case). Reported below: 40 Mass. App. Ct. 1104 (1996).

COMMONWEALTH vs. GEORGE DAVIS. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH vs. JAMES M. DEMLING. Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH vs. FRED DIAZ (and two companion cases). Reported below as COMMONWEALTH vs. ALCIBIADES C. VARGAS (and three companion cases): 40 Mass. App. Ct. 1104 (1996).